# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 10-08344-TAB
  §
SANFRATELLOS PIZZA, INC. §
  §
  §
Debtor §

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/27/2010. The undersigned trustee was appointed on 03/01/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $55,015.66

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $98.24 |
    | Bank service fees | $70.02 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $54,847.40 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/07/2010 and the deadline for filing government claims was 10/07/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,000.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,000.78, for a total compensation of $6,000.78[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/06/2012          By:  /s/ Gus A. Paloian
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1                Exhibit A

| Case No.: | 10-08344-SPS | Trustee Name: | Gus A. Paloian |
| Case Name: | SANFRATELLOS PIZZA, INC. | Date Filed (f) or Converted (c): | 02/27/2010 (f) |
| For the Period Ending: | 4/10/2012 | §341(a) Meeting Date: | 04/16/2010 |
| | | Claims Bar Date: | 10/07/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Old Second Bank - Checking | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Old Second Bank - Payroll Account | $0.00 | $0.00 | DA | $0.00 | FA |
| 3  Chairs, Tables, Bar Stools, Silverware, Glasses, e | $700.00 | $700.00 | | $700.00 | FA |
| 4  Equipment | $41,500.00 | $41,500.00 | | $53,300.00 | FA |
| 5  Phone System/Computer | $1,000.00 | $1,000.00 | | $1,000.00 | FA |
| 6  Food & Beverages as of 12/31 | $17,802.52 | Unknown | DA | $0.00 | FA |
| 7  Supplies | $2,404.52 | Unknown | | $0.00 | FA |
| 9999  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT  Interest Asset | Unknown | Unknown | | $15.66 | Unknown |

TOTALS (Excluding unknown value)

| | $66,407.04 | $43,200.00 | | $55,015.66 | Gross Value of Remaining Assets $0.00 |

**Major Activities affecting case closing:**
Trustee liquidated Debtor's business assets. Trustee analyzed claims and resolved claim issues. The final Estate tax returns were filed on January 27, 2012. Final Report will be submitted to U.S. Trustee's Office on or before February 29, 2012.

| Initial Projected Date Of Final Report (TFR): | 12/31/2011 | Current Projected Date Of Final Report (TFR): | 02/29/2012 | /s/ GUS A. PALOIAN |
| | | | | GUS A. PALOIAN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-08344-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2570 | Money Market Acct #: | ******5021 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Associated Checking Account |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM B OF A | WIRE TRANSFER FROM B OF A | 9999-000 | $54,894.46 | | $54,894.46 |
| 11/30/2011 | | ASSOCIATED BANK | Wire in fee | 2990-000 | | $15.00 | $54,879.46 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $54,894.46 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $54,894.46 | $0.00 |

|  |  |  |
|---|---:|---:|
| TOTALS: | $54,894.46 | $54,894.46 |
| Less: Bank transfers/CDs | $54,894.46 | $54,894.46 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| For the period of 2/27/2010 to 4/10/2012 | | For the entire history of the account between 01/18/2012 to 4/10/2012 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $54,894.46 | Total Internal/Transfer Receipts: | $54,894.46 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $54,894.46 | Total Internal/Transfer Disbursements: | $54,894.46 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-08344-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2570 | Money Market Acct #: | ******4439 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA MM Account (Interest Earn |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2010 | | SAFRATELLO'S PIZZA KITCHEN, INC. | SALE OF PERSONAL PROPERTY | | * | $55,000.00 | | $55,000.00 |
| | {5} | | SALE OF PERSONAL PROPERTY | $1,000.00 | 1129-000 | | | $55,000.00 |
| | {3} | | SALE OF PERSONAL PROPERTY | $700.00 | 1129-000 | | | $55,000.00 |
| | {4} | | SALE OF PERSONAL PROPERTY | $53,300.00 | 1129-000 | | | $55,000.00 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | $2.26 | | $55,002.26 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | $2.34 | | $55,004.60 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | $2.26 | | $55,006.86 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | $2.34 | | $55,009.20 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | $2.34 | | $55,011.54 |
| 02/24/2011 | 201 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | | 2300-000 | | $12.26 | $54,999.28 |
| 02/24/2011 | 201 | Reverses Check # 201 | TRUSTEE BOND | | 2300-004 | | ($12.26) | $55,011.54 |
| 02/25/2011 | 202 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | | 2300-000 | | $51.18 | $54,960.36 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.42 | | $54,960.78 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.47 | | $54,961.25 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.45 | | $54,961.70 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.47 | | $54,962.17 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.45 | | $54,962.62 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.47 | | $54,963.09 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.47 | | $54,963.56 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.45 | | $54,964.01 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.47 | | $54,964.48 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 2600-000 | | $70.02 | $54,894.46 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.44 | | $54,894.90 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | | 9999-000 | | $54,894.46 | $0.44 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | | 1270-000 | ($0.44) | | $0.00 |

| | | | | SUBTOTALS | $55,015.66 | $55,015.66 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit B

| Case No. | 10-08344-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2570 | Money Market Acct #: | ******4439 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA MM Account (Interest Earn |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $55,015.66 | $55,015.66 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $54,894.46 | |
|  |  |  | Subtotal | | $55,015.66 | $121.20 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $55,015.66 | $121.20 | |

For the period of  2/27/2010 to 4/10/2012

| Total Compensable Receipts: | $55,015.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,015.66 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $121.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $121.20 |
| Total Internal/Transfer  Disbursements: | $54,894.46 |

For the entire history of the account between 08/27/2010 to 4/10/2012

| Total Compensable Receipts: | $55,015.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,015.66 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $121.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $121.20 |
| Total Internal/Transfer  Disbursements: | $54,894.46 |

**FORM 2**
Page No: 4   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-08344-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******2570 | Checking Acct #: | ******0092 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $54,894.46 | | $54,894.46 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $47.06 | $54,847.40 |

|  |  | | |
|---|---|---|---|
| | TOTALS: | $54,894.46 | $47.06 | $54,847.40 |
| | Less: Bank transfers/CDs | $54,894.46 | $0.00 | |
| | Subtotal | $0.00 | $47.06 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $0.00 | $47.06 | |

| For the period of 2/27/2010 to 4/10/2012 | | For the entire history of the account between 02/22/2012 to 4/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $54,894.46 | Total Internal/Transfer Receipts: | $54,894.46 |
| | | | |
| Total Compensable Disbursements: | $47.06 | Total Compensable Disbursements: | $47.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47.06 | Total Comp/Non Comp Disbursements: | $47.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-08344-SPS | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- |
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******2570 | Checking Acct #: | ******0092 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $55,015.66 | $168.26 | $54,847.40 |

| For the period of 2/27/2010 to 4/10/2012 |  | For the entire history of the case between 02/27/2010 to 4/10/2012 |  |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $55,015.66 | Total Compensable Receipts: | $55,015.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,015.66 | Total Comp/Non Comp Receipts: | $55,015.66 |
| Total Internal/Transfer Receipts: | $109,788.92 | Total Internal/Transfer Receipts: | $109,788.92 |
| Total Compensable Disbursements: | $168.26 | Total Compensable Disbursements: | $168.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $168.26 | Total Comp/Non Comp Disbursements: | $168.26 |
| Total Internal/Transfer Disbursements: | $109,788.92 | Total Internal/Transfer Disbursements: | $109,788.92 |

| Case No. | 10-08344-SPS | | | | | | Trustee Name: | | Gus A. Paloian | |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | | | | | | Date: | | 4/10/2012 | |
| Claims Bar Date: | 10/07/2010 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN, TRUSTEE | | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,000.78 | $6,000.78 | $0.00 | $0.00 | $0.00 | $6,000.78 |
| * | POPOWCER KATTEN, LTD. 35 E. WACKER DR., SUITE 1550 CHICAGO IL 60601 | 03/06/2012 | Accountant for Trustee Expenses (Ot | Allowed | 3420-000 | $0.00 | $1,992.50 | $1,992.50 | $0.00 | $0.00 | $0.00 | $1,992.50 |
| * | POPOWCER KATTEN, LTD. 35 E. WACKER DR., SUITE 1550 CHICAGO IL 60601 | 03/06/2012 | Accountant for Trustee Expenses (Ot | Allowed | 3420-000 | $0.00 | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| * | SEYFARTH SHAW LLP | 03/15/2012 | Attorney for Trustee Expenses (Trus | Allowed | 3120-000 | $0.00 | $103.40 | $103.40 | $0.00 | $0.00 | $0.00 | $103.40 |
| | SEYFARTH SHAW | | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $7,586.50 | $7,586.50 | $0.00 | $0.00 | $0.00 | $7,586.50 |
| 1 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 07/23/2010 | priority 507(a)(__) other | Allowed | 5800-000 | $7,800.00 | $13,731.10 | $13,731.10 | $0.00 | $0.00 | $0.00 | $13,731.10 |
| 2 | DEPT OF THE TREASURY Internal Revenue Service P.O. Box 7346 Philadelphia PA 191017346 | 08/24/2010 | priority 507(a)(__) other | Allowed | 5800-000 | $0.00 | $38,655.62 | $38,655.62 | $0.00 | $0.00 | $0.00 | $38,655.62 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 10/19/2010 | priority 507(a)(__) other | Allowed | 5800-000 | $0.00 | $5,490.64 | $5,490.64 | $0.00 | $0.00 | $0.00 | $5,490.64 |
| 1B | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 07/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,553.82 | $2,553.82 | $0.00 | $0.00 | $0.00 | $2,553.82 |

\* There is an objection filed for this claim

| Case No. | 10-08344-SPS | | | Trustee Name: | Gus A. Paloian |
| Case Name: | SANFRATELLOS PIZZA, INC. | | | Date: | 4/10/2012 |
| Claims Bar Date: | 10/07/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DEPT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia PA 191017317 | 12/05/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,875.15 | $9,875.15 | $0.00 | $0.00 | $0.00 | $9,875.15 |
| Claim Notes: | Claim 2 amended to assert priority tax and unsecured claim per Ms. Vega 12/1/11 | | | | | | | | | | | |
| 3 | ANTHONY CATULO<br>18141 Dixie Hwy<br>Suite 108<br>Homewood IL 60430 | 09/14/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $18,000.00 | $17,000.00 | $17,000.00 | $0.00 | $0.00 | $0.00 | $17,000.00 |
| BOND | INTERNATIONAL SECURITIES, LTD | 02/25/2011 | Bond Payments | Allowed | 2300-000 | $0.00 | $51.18 | $51.18 | $51.18 | $0.00 | $0.00 | $0.00 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 606640338 | 10/19/2010 | Other Chapter 7 Administrative Expe | Allowed | 2990-000 | $0.00 | $203.36 | $203.36 | $0.00 | $0.00 | $0.00 | $203.36 |
| | | | | | | $103,249.55 | $103,249.55 | | $51.18 | $0.00 | $0.00 | $103,198.37 |

CLAIM ANALYSIS REPORT

Page No: 3  Exhibit C

| Case No. | 10-08344-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Date: | 4/10/2012 |
| Claims Bar Date: | 10/07/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Ot | $1,998.00 | $1,998.00 | $0.00 | $0.00 | $0.00 | $1,998.00 |
| Attorney for Trustee Expenses (Trus | $103.40 | $103.40 | $0.00 | $0.00 | $0.00 | $103.40 |
| Attorney for Trustee Fees (Trustee | $7,586.50 | $7,586.50 | $0.00 | $0.00 | $0.00 | $7,586.50 |
| Bond Payments | $51.18 | $51.18 | $51.18 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $29,428.97 | $29,428.97 | $0.00 | $0.00 | $0.00 | $29,428.97 |
| Other Chapter 7 Administrative Expe | $203.36 | $203.36 | $0.00 | $0.00 | $0.00 | $203.36 |
| priority 507(a)(__) other | $57,877.36 | $57,877.36 | $0.00 | $0.00 | $0.00 | $57,877.36 |
| Trustee Compensation | $6,000.78 | $6,000.78 | $0.00 | $0.00 | $0.00 | $6,000.78 |

Case 10-08344   Doc 22   Document   Filed 06/06/12   Entered 06/06/12 10:30:49   Page 11 of 14   Desc Main

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 10-08344-TAB
Case Name: SANFRATELLOS PIZZA, INC.
Trustee Name: Gus A. Paloian

Balance on hand: $54,847.40

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $54,847.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $6,000.78 | $0.00 | $6,000.78 |
| SEYFARTH SHAW, Attorney for Trustee Fees | $7,586.50 | $0.00 | $7,586.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $103.40 | $0.00 | $103.40 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Expenses | $1,992.50 | $0.00 | $1,992.50 |
| Other: POPOWCER KATTEN, LTD., Accountant for Trustee Expenses | $5.50 | $0.00 | $5.50 |

Total to be paid for chapter 7 administrative expenses: $15,688.68
Remaining balance: $39,158.72

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $39,158.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $57,877.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $13,731.10 | $0.00 | $9,290.20 |
| 2 | Dept of the Treasury | $38,655.62 | $0.00 | $26,153.66 |
| 4 | Illinois Department of Revenue | $5,490.64 | $0.00 | $3,714.86 |

Total to be paid to priority claims: $39,158.72
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,428.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1B | Illinois Department of Revenue | $2,553.82 | $0.00 | $0.00 |
| 2 | DEPT OF THE TREASURY | $9,875.15 | $0.00 | $0.00 |
| 3 | Anthony Catulo | $17,000.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |