UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SANFRATELLOS PIZZA, INC. | ) | CASE NO. 10-08344 TAB |
| | ) | |
| | ) | HON. TIMOTHY A. BARNES |
| Debtor. | ) | Hearing Date: July 18, 2012 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR**
**PROFESSIONAL COMPENSATION**

Name of Applicant:    Popowcer Katten, Ltd., accountants to Trustee

Date of Order Authorizing Employment:    April 4, 2011

Period for Which
Compensation is Sought:    July 23, 2011 through January 26, 2012

Amount of Fees Sought:    $1,992.50

Amount of Expense
Reimbursement Sought:    $5.50

This is an:      Interim Application _____    Final Application:   X

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:

Date:   June 6, 2012        By:   /s/ Lois West, C.P.A.
                                                          Applicant: Popowcer Katten, Ltd.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 10-08344 TAB |
| ) | Chapter 7 |
| SANFRATELLOS PIZZA, INC., ) | |
| ) | Hon. Timothy A. Barnes |
| Debtors ) | |
| ) | Hearing Date: July 18, 2012 |
| ) | Hearing Time: 10:30 a.m. |

**FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS ACCOUNTANTS FOR THE ESTATE**

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of Sanfratellos Pizza, Inc. (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation and Expense Reimbursement (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period July 23, 2011 through the close of this case (the "Application Period"). In support of this Application, Popowcer states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

1. On February 27, 2010, the Debtor filed its voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, thereby commencing this case.

2. Shortly thereafter, Gus A. Paloian was appointed as Chapter 7 Trustee in this case.

3. By its Order of April 4, 2011, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the April 4, 2011 order is attached hereto as **Exhibit 1**.

14343398v.1

**EXTENT AND NATURE OF SERVICES RENDERED AND EXPENSES INCURRED**

4.      Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the preparation of tax forms and returns for the Estate for the year ended December 31, 2010 and the final tax year ending December 31, 2011; additionally, Popowcer prepared letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with section 505(b).

5.      In this Application, Popowcer seeks the allowance of $1,992.50 in final compensation for necessary services rendered.  In connection with the services rendered, Popowcer incurred actual and necessary expenses in the amount of $5.50 for which it requests reimbursement.  The expenses incurred were in connection with the delivery of original tax returns to the Trustee.  A copy of Popowcer's invoice identifying the services provided and expenses incurred is attached hereto as **Exhibit 2**.

**PRIOR COMPENSATION AND EXPENSE REIMBURSEMENT**

6.      This is the first and final application that Popowcer will file in the case.

7.      Popowcer has not previously received payment of any compensation for services rendered or expenses incurred in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement received or to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Popowcer.

**STATUS OF CASE**

8.      The Trustee has completed his administration of this case.  The Trustee's final report has been filed simultaneously herewith.

2

14343398v.1

**RELIEF REQUESTED**

WHEREFORE, Popowcer requests the entry of an Order:

A. Allowing Popowcer final compensation in the amount of $1,992.50;

B. Allowing Popowcer reimbursement of expenses in the amount of $5.50;

C. Authorizing the Trustee to pay Popowcer the amounts of compensation and expense reimbursement awarded as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

D. Granting such other and further relief as this Court deems proper.

Dated: June 16, 2012                    Respectfully submitted,

                                        Popowcer Katten, Ltd., Accountants


                                        By: /s/ Lois West
                                             Lois West, CPA

# EXHIBIT 1

14343398v.1

# EXHIBIT 2

14343398v.1