**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-08344-TAB |
| | § | |
| SANFRATELLOS PIZZA, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/18/2012, in Courtroom 642, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 6/6/12      By: /s/ Gus A. Paloian
                              (Trustee)

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-08344-TAB |
| | § | |
| SANFRATELLOS PIZZA, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $55,015.66
*and approved disbursements of*     $168.26
*leaving a balance on hand of[1]:*     $54,847.40

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $54,847.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $6,000.78 | $0.00 | $6,000.78 |
| SEYFARTH SHAW, Attorney for Trustee Fees | $7,586.50 | $0.00 | $7,586.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $103.40 | $0.00 | $103.40 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Expenses | $1,992.50 | $0.00 | $1,992.50 |
| Other: POPOWCER KATTEN, LTD., Accountant for Trustee Expenses | $5.50 | $0.00 | $5.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid for chapter 7 administrative expenses: | $15,688.68 |
|---|---|---|
|  | Remaining balance: | $39,158.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $39,158.72 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $57,877.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $13,731.10 | $0.00 | $9,290.20 |
| 2 | Dept of the Treasury | $38,655.62 | $0.00 | $26,153.66 |
| 4 | Illinois Department of Revenue | $5,490.64 | $0.00 | $3,714.86 |

|  | Total to be paid to priority claims: | $39,158.72 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,428.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1B | Illinois Department of Revenue | $2,553.82 | $0.00 | $0.00 |
| 2 | DEPT OF THE TREASURY | $9,875.15 | $0.00 | $0.00 |
| 3 | Anthony Catulo | $17,000.00 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-08344-TAB
Sanfratello's Pizza, Inc.                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 2           Date Rcvd: Jun 07, 2012
                              Form ID: pdf006            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2012.
```
db          +Sanfratello's Pizza, Inc.,    127 West Main Street,    Glenwood, IL 60425-1615
15177630    +Allan Bruggeman,    20012 Wolf Road,    Mokena, IL 60448-9953
15177631    +Anthony Catulo,    18141 Dixie Hwy,    Suite 108,    Homewood, IL 60430-2242
15177633     Elena Sanfratello,    444 Longwood,    Lockport, IL 60441
15177634   ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    PO Box 19043,
              Springfield, IL 62794)
15889096     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL  60664-0338
15177636    +John Sanfratello Sr,    835 Thomas,    Chicago Heights, IL 60411-1955
15177637    +Joseph Sanfratello, Sr.,    835 Thomas,    Chicago Heights, IL 60411-1955
15177638     Michael Sanfratello,    841 Willow Drive,    Lockport, IL 60441
15177640    +Yellow Book USA,    6300 C Street,    Cedar Rapids, IA 52404-7470
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15177632     E-mail/Text: CustomerNoticesEast@dexknows.com Jun 08 2012 03:37:04      DEX,
              AT & T Real Yellow Pages,    8519 Innovation Way,    Chicago, IL 60682-0085
15177635     E-mail/Text: cio.bncmail@irs.gov Jun 08 2012 00:10:39      Dept of the Treasury,
              Internal Revenue Service,    P.O. Box 7346,   Philadelphia PA 19101-7346
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15177639     Valpak
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2012**              **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 2 of 2                  Date Rcvd: Jun 07, 2012
                              Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2012 at the address(es) listed below:

        Gus A Paloian    gpaloian@seyfarth.com, gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Ryan  Pinkston    on behalf of Trustee Gus Paloian rpinkston@seyfarth.com, chidocket@seyfarth.com;jwoods@seyfarth.com;lzwick@seyfarth.com
        Thomas W Toolis    on behalf of Debtor  Sanfratello's Pizza, Inc. twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com

        TOTAL: 4