# EXHIBIT 1

14343398v.1

10-08344:18.1:Application to Employ:Proposed Order Entered: 3/10/2011 11:56:34 AM by:Ryan Pinkston Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 10-08344
)
)
SANFRATELLO'S PIZZA, INC. ) Chapter: 7
) Honorable Susan Pierson Sonderby
)
)
Debtor(s) )

**Order Granting Trustee Authority To Retain And Employ
Accountant And Other Related Relief**

Upon the Application (the "Application") of Chapter 7 Trustee (the "Trustee") for Entry of Order Authorizing and Approving the Retention of Popowcer Katten, Ltd. ("PKL") as His Accountant; and upon the Affidavit of Lois West (the "West Affidavit"); due and adequate notice of the Application having been provided and no other or further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, in accordance with 11 U.S.C. §§ 105(a), 327(a), and 328(a), and Federal Rule of Bankruptcy Procedure 2002(a)(6), that the retention and employment of PKL, on the terms and conditions described in the Application and the West Affidavit, is authorized and approved.

Enter:

_____
Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated:

**Prepared by counsel of Movant:**

M. Ryan Pinkston
131 S. Dearborn St, Ste 2400
Chicago, IL 60603
Telephone: (312) 460-5578
Facsimile: (312) 460-7000
Email: rpinkston@seyfarth.com

Rev: 20101008_bko

# EXHIBIT 2

14343398v.1

**Invoice No.** 25315



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Sanfratello's Pizza, Inc. (10-08344)
- c/o Gus A. Paloian, Trustee
- 131 S. Dearborn Street, Suite 2400
- Chicago, IL 60603

**Date:** February 7, 2012              **Account No.:** PAL1019L

For Professional Services Rendered:

For accounting and tax services rendered for the period July 23, 2011 through January 26, 2012 including preparation of federal and state corporate income tax returns for the year ended December 31, 2010 and final year ended December 31, 2011 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|          | Title                 | Hours | Rate   | Amount    |
|----------|-----------------------|-------|--------|-----------|
| L. West  | Bankruptcy Specialist | 3.6   | $230.  | $ 828.00  |
| L. West  | Bankruptcy Specialist | 4.1   | 225.   | 922.50    |
| B. Glusak| Tax Specialist        | 1.1   | 220.   | 242.00    |
|          | Total Fees :          | 8.8   |        | $ 1,992.50|

**Expenses:**
Messenger Service  9/12/11                                    5.50

                     Total Due:                        $ 1,998.00

## SANFRATELLO'S PIZZA, INC (10-08344)
### Time Sort by Date

| Date | Description | Hours | Name | Rate | Amount |
|---|---|---|---|---|---|
| 7/23/2011 | Tax Return Preparation - Review file - re: asset sale agreement. Calculate gain/loss on sale of business assets. Prepare federal and state tax returns for year ended 12/31/10. | 3.3 | L. West | $225 | $742.50 |
| 9/12/2011 | Tax Return Preparation - Review and finalize returns for 2010. prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. | 0.5 | L. West | $225 | $112.50 |
| 9/12/2011 | Tax Review - Final review - check assembly and sign returns for final year ended 12/31/10 - forms 1120S and IL-1120-ST. | 0.3 | L. West | $225 | $67.50 |
| 1/25/2012 | Tax Return Preparation - Prepare workpapers for final return for year ended 12/31/11. | 1.2 | L. West | $230 | $276.00 |
| 1/26/2012 | Tax Return Preparation - Finalize workpapers and prepare tax returns for final year ended 12/31/11 - forms 1120S and IL-1120-ST. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2818. | 2.1 | L. West | $230 | $483.00 |
| 1/26/2012 | Tax Review - Review workpapers and forms 1120S and IL-1120-ST for 2011. | 0.8 | B. Glusak | $220 | $176.00 |
| 1/26/2012 | Tax Review - Review assembled returns prior to signature. | 0.3 | B. Glusak | $220 | $66.00 |
| 1/26/2012 | Tax Review - Final review and sign final returns for year ended 12/31/11. | 0.3 | L. West | $230 | $69.00 |
| **Total** | | **8.8** | | | **$1,992.50** |