**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-08344-TB |
| | § | |
| SANFRATELLOS PIZZA, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $23,207.04 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $39,158.72 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $15,856.94 | | |

3)    Total gross receipts of $55,015.66 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $55,015.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $15,856.94 | $15,856.94 | $15,856.94 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $51,338.87 | $57,877.36 | $57,877.36 | $39,158.72 |
| General Unsecured Claims (from **Exhibit 7**) | $629,280.00 | $29,428.97 | $29,428.97 | $0.00 |
| **Total Disbursements** | $680,618.87 | $103,163.27 | $103,163.27 | $55,015.66 |

4). This case was originally filed under chapter 7 on 02/27/2010. The case was pending for 31 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2012      By:   /s/ Gus A. Paloian
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Chairs, Tables, Bar Stools, Silverware, Glasses, e | 1129-000 | $700.00 |
| Equipment | 1129-000 | $53,300.00 |
| Phone System/Computer | 1129-000 | $1,000.00 |
| Interest Asset | 1270-000 | $15.66 |
| **TOTAL GROSS RECEIPTS** | | **$55,015.66** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE , Trustee | 2100-000 | NA | $6,000.78 | $6,000.78 | $6,000.78 |
| INTERNATIONAL SECURITIES, LTD | 2300-000 | NA | $51.18 | $51.18 | $51.18 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $47.06 | $47.06 | $47.06 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $12.26 | $12.26 | $12.26 |
| Reverses Check # 201 | 2300-004 | NA | $12.26 | $12.26 | ($12.26) |
| BANK OF AMERICA, N.A. | 2600-000 | NA | $70.02 | $70.02 | $70.02 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| ASSOCIATED BANK | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| SEYFARTH SHAW , Attorney for Trustee | 3110-000 | NA | $7,586.50 | $7,586.50 | $7,586.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $103.40 | $103.40 | $103.40 |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3420-000 | NA | $1,998.00 | $1,998.00 | $1,998.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $15,881.46 | $15,881.46 | $15,856.94 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue | 5800-000 | $7,800.00 | $13,731.10 | $13,731.10 | $9,290.20 |
| 2 | Dept of the Treasury | 5800-000 | NA | $38,655.62 | $38,655.62 | $26,153.66 |
| 4 | Illinois Department of Revenue | 5800-000 | NA | $5,490.64 | $5,490.64 | $3,714.86 |
| | INTERNAL REVENUE SERVICE | 5800-000 | $43,538.87 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $51,338.87 | $57,877.36 | $57,877.36 | $39,158.72 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | Illinois Department of Revenue | 7100-000 | NA | $2,553.82 | $2,553.82 | $0.00 |
| 2 | DEPT OF THE TREASURY | 7100-000 | NA | $9,875.15 | $9,875.15 | $0.00 |
| 3 | Anthony Catulo | 7100-000 | $18,000.00 | $17,000.00 | $17,000.00 | $0.00 |
| | Allan Bruggeman | 7100-000 | $0.00 | NA | NA | $0.00 |
| | DEX AT&T Real Yellow Pages | 7100-000 | $8,000.00 | NA | NA | $0.00 |
| | Elena Sanfratello | 7100-000 | $200,000.00 | NA | NA | $0.00 |
| | Joseph Sanfratello | 7100-000 | $400,000.00 | NA | NA | $0.00 |
| | Michael Sanfratello | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Valpak | 7100-000 | $780.00 | NA | NA | $0.00 |
| | Yellow Book USA | 7100-000 | $2,500.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $629,280.00 | $29,428.97 | $29,428.97 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

Case 10-08344 Doc 37 Filed 10/12/12 Entered 10/12/12 13:53:54 Desc Main
Document Page 5 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 10-08344-TB | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- |
| Case Name: | SANFRATELLOS PIZZA, INC. | Date Filed (f) or Converted (c): | 02/27/2010 (f) |
| For the Period Ending: | 9/25/2012 | §341(a) Meeting Date: | 04/16/2010 |
| | | Claims Bar Date: | 10/07/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Old Second Bank - Checking | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Old Second Bank - Payroll Account | $0.00 | $0.00 | DA | $0.00 | FA |
| 3  Chairs, Tables, Bar Stools, Silverware, Glasses, e | $700.00 | $700.00 | | $700.00 | FA |
| 4  Equipment | $41,500.00 | $41,500.00 | | $53,300.00 | FA |
| 5  Phone System/Computer | $1,000.00 | $1,000.00 | | $1,000.00 | FA |
| 6  Food & Beverages as of 12/31 | $17,802.52 | $0.00 | DA | $0.00 | FA |
| 7  Supplies | $2,404.52 | $0.00 | DA | $0.00 | FA |
| 9999  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT  Interest Asset | Unknown | Unknown | | $15.66 | Unknown |

**TOTALS (Excluding unknown value)**           $66,407.04      $43,200.00      $55,015.66      **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

Trustee liquidated Debtor's business assets. Trustee analyzed claims and resolved claim issues. The final Estate tax returns were filed on January 27, 2012. Final Report will be submitted to U.S. Trustee's Office on or before February 29, 2012.

**Initial Projected Date Of Final Report (TFR):** 12/31/2011     **Current Projected Date Of Final Report (TFR):** 02/29/2012

/s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-08344-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2570 | Money Market Acct #: | ******5021 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Associated Checking Account |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM B OF A | WIRE TRANSFER FROM B OF A | 9999-000 | $54,894.46 | | $54,894.46 |
| 11/30/2011 | | ASSOCIATED BANK | Wire in fee | 2990-000 | | $15.00 | $54,879.46 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $54,894.46 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $54,894.46 | $0.00 |
| | | | TOTALS: | | $54,894.46 | $54,894.46 | $0.00 |
| | | | Less: Bank transfers/CDs | | $54,894.46 | $54,894.46 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 2/27/2010 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $54,894.46 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $54,894.46 |

**For the entire history of the account between 01/18/2012 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $54,894.46 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $54,894.46 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-08344-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2570 | Money Market Acct #: | ******4439 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | BofA MM Account (Interest Earn |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2010 |  | SAFRATELLO'S PIZZA KITCHEN, INC. | SALE OF PERSONAL PROPERTY |  | * | $55,000.00 |  | $55,000.00 |
|  | {5} |  | SALE OF PERSONAL PROPERTY | $1,000.00 | 1129-000 |  |  | $55,000.00 |
|  | {3} |  | SALE OF PERSONAL PROPERTY | $700.00 | 1129-000 |  |  | $55,000.00 |
|  | {4} |  | SALE OF PERSONAL PROPERTY | $53,300.00 | 1129-000 |  |  | $55,000.00 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 |  | 1270-000 | $2.26 |  | $55,002.26 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 |  | 1270-000 | $2.34 |  | $55,004.60 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 |  | 1270-000 | $2.26 |  | $55,006.86 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 |  | 1270-000 | $2.34 |  | $55,009.20 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.050 |  | 1270-000 | $2.34 |  | $55,011.54 |
| 02/24/2011 | 201 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND |  | 2300-000 |  | $12.26 | $54,999.28 |
| 02/24/2011 | 201 | Reverses Check # 201 | TRUSTEE BOND |  | 2300-004 |  | ($12.26) | $55,011.54 |
| 02/25/2011 | 202 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND |  | 2300-000 |  | $51.18 | $54,960.36 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.42 |  | $54,960.78 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.47 |  | $54,961.25 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.45 |  | $54,961.70 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.47 |  | $54,962.17 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.45 |  | $54,962.62 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.47 |  | $54,963.09 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.47 |  | $54,963.56 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.45 |  | $54,964.01 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.47 |  | $54,964.48 |
| 10/31/2011 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE |  | 2600-000 |  | $70.02 | $54,894.46 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 |  | 1270-000 | $0.44 |  | $54,894.90 |
| 11/30/2011 |  | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank |  | 9999-000 |  | $54,894.46 | $0.44 |
| 02/22/2012 |  | DEP REVERSE: BANK OF AMERICA, N.A. |  |  | 1270-000 | ($0.44) |  | $0.00 |

| | | | | | **SUBTOTALS** | $55,015.66 | $55,015.66 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-08344-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2570 | Money Market Acct #: | ******4439 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA MM Account (Interest Earn |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $55,015.66 | $55,015.66 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $54,894.46 | |
| | | | **Subtotal** | | $55,015.66 | $121.20 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $55,015.66 | $121.20 | |

| For the period of 2/27/2010 to 9/25/2012 | | For the entire history of the account between 08/27/2010 to 9/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $55,015.66 | Total Compensable Receipts: | $55,015.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,015.66 | Total Comp/Non Comp Receipts: | $55,015.66 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $121.20 | Total Compensable Disbursements: | $121.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $121.20 | Total Comp/Non Comp Disbursements: | $121.20 |
| Total Internal/Transfer Disbursements: | $54,894.46 | Total Internal/Transfer Disbursements: | $54,894.46 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-08344-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SANFRATELLOS PIZZA, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******2570 | Checking Acct #: | ******0092 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/27/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $54,894.46 | | $54,894.46 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $47.06 | $54,847.40 |
| 07/24/2012 | 5002 | GUS A. PALOIAN, TRUSTEE | Trustee Compensation | 2100-000 | | $6,000.78 | $48,846.62 |
| 07/24/2012 | 5003 | SEYFARTH SHAW | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $7,586.50 | $41,260.12 |
| 07/24/2012 | 5004 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3420-000 | | $1,992.50 | $39,267.62 |
| 07/24/2012 | 5005 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3420-000 | | $5.50 | $39,262.12 |
| 07/24/2012 | 5006 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $103.40 | $39,158.72 |
| 07/24/2012 | 5007 | Illinois Department of Revenue | Claim #: 1; Distribution Dividend: 67.66; | 5800-000 | | $9,290.20 | $29,868.52 |
| 07/24/2012 | 5008 | Dept of the Treasury | Claim #: 2; Distribution Dividend: 67.66; | 5800-000 | | $26,153.66 | $3,714.86 |
| 07/24/2012 | 5009 | Illinois Department of Revenue | Claim #: 4; Distribution Dividend: 67.66; | 5800-000 | | $3,714.86 | $0.00 |
| 08/17/2012 | | East West Bank | Bank Charge | 2600-000 | | $67.45 | ($67.45) |
| 08/31/2012 | | East West Bank | Bank charge reversed 8/20/12 | 2600-002 | | ($67.45) | $0.00 |

| | | | | TOTALS: | $54,894.46 | $54,894.46 | $0.00 |
| | | | | Less: Bank transfers/CDs | $54,894.46 | $0.00 | |
| | | | | Subtotal | $0.00 | $54,894.46 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $0.00 | $54,894.46 | |

| For the period of 2/27/2010 to 9/25/2012 | | For the entire history of the account between 02/22/2012 to 9/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $54,894.46 | Total Internal/Transfer Receipts: | $54,894.46 |
| | | | |
| Total Compensable Disbursements: | $54,894.46 | Total Compensable Disbursements: | $54,894.46 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $54,894.46 | Total Comp/Non Comp Disbursements: | $54,894.46 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-08344-TB | | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- | --- |
| Case Name: | SANFRATELLOS PIZZA, INC. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******2570 | | Checking Acct #: | ******0092 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/27/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $55,015.66 | $55,015.66 | $0.00 |

**For the period of 2/27/2010 to 9/25/2012**

| | |
| --- | ---: |
| Total Compensable Receipts: | $55,015.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,015.66 |
| Total Internal/Transfer Receipts: | $109,788.92 |
| | |
| Total Compensable Disbursements: | $55,015.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,015.66 |
| Total Internal/Transfer Disbursements: | $109,788.92 |

**For the entire history of the case between 02/27/2010 to 9/25/2012**

| | |
| --- | ---: |
| Total Compensable Receipts: | $55,015.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,015.66 |
| Total Internal/Transfer Receipts: | $109,788.92 |
| | |
| Total Compensable Disbursements: | $55,015.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,015.66 |
| Total Internal/Transfer Disbursements: | $109,788.92 |